**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1809**

———————

FANG PING HUANG,

                Petitioner,

     v.

ERIC H. HOLDER, JR., Attorney General,

                Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted:  January 29, 2014     Decided:  February 11, 2014

———————

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Theodore N. Cox, New York, New York, for Petitioner.  Stuart F. Delery, Assistant Attorney General, Blair T. O'Connor, Assistant Director, Edward C. Durant, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fang Ping Huang, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen. We have thoroughly reviewed the record, including the various documentary exhibits and Huang's affidavit. We conclude that the record evidence does not compel a ruling contrary to any of the Board's findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's finding that Huang did not show a material change in country conditions. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). We note that the record does not support Huang's claim that the Board did not give due consideration to his evidence.

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Fang Ping Huang (B.I.A. May 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2